## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

COLUMBUS-AMERICA DISCOVERY
GROUP, INC.,

    PLAINTIFF,

                                                              Civil Action No.: 2:87-cv-363

v.

UNIDENTIFIED & ABANDONED
SAILING VESSEL, INC. et al., in rem,

    DEFENDANT.

### CADG'S MOTION TO REQUIRE
### RLP'S CONTRACT-SALVOR ODYSSEY MARINE EXPLORATION INC.
### TO APPEAR AND SUBMIT TO THE COURT'S JURISDICTION

Plaintiff and Salvor-in-Possession Columbus America Discovery Group, Inc. ("CADG") moves this Honorable Court for an Order requiring Odyssey Marine Exploration LLC, ("OMEX") as contract salvor to Recovery Limited Partnership ("RLP") to enter an appearance in this action, submitting itself to the jurisdiction of this Court over its person, on the following grounds:

    1.    Upon information and belief, based upon representations made by its Ohio Receiver, Recovery Limited Partnership ("RLP") contracted with OMEX to salvage gold and artifacts from the Wrecked and Abandoned Vessel identified as the S.S. CENTRAL AMERICA beginning on or about March 2014.

2. OMEX is a Nevada corporation with its principal place of business in Tampa, Florida. OMEX is not registered to do business in Virginia and it has not appointed an agent for service of process in Virginia. By analogy to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, OMEX cannot be found within the district.

3. On or about April 14, 2014, OMEX intruded into the sea area previously enjoined by this Honorable Court using the OSV ODYSSEY EXPLORER under its disposition as operator or charterer.

4. Upon information and belief, the OSV ODYSSEY EXPLORER is not presently within nor operating out of the Port of Hampton Roads within the jurisdiction of this Court.

5. Upon information and belief, OMEX and the OSV ODYSSEY EXPLORER are conducting contract salvage operations within the Court's enjoined sea area operating out of the port of Charleston, South Carolina.

6. Upon information and belief, the OSV ODYSSEY EXPLORER is presently docked at Veteran's Terminal, Pier Mike, in North Charleston with gold and artifacts recovered from the enjoined sea area.

7. Upon information and belief, OMEX does not intend to transport and submit the gold and artifacts presently onboard to be arrested by the U.S. Marshal for this District during its present port call in Charleston.

8. Having once been lost, wrecked and abandoned, the gold and artifacts presently aboard the OSV ODYSSEY EXPLORER should not be exposed to the perils of the seas once again by returning to sea during the resumption of salvage operations.

9. OMEX's reputation and history in the salvage of historic shipwrecks is fraught with dishonesty and fraud upon tribunals. *See e.g. Odyssey Marine Exploration, Inc. v. The Unidentified Shipwrecked Vessel*, 657 F.3d 1159, 2011 A.M.C. 409 (11th Cir. 2011).

10. Only by requiring that OMEX submit itself to the jurisdiction of this Honorable Court over its person can the Court exercise the control and management tantamount to a conservatorship or trusteeship in the public interest over the wreck of the S.S. CENTRAL AMRICA *in situ* and the gold and artifacts recovered and to be recovered from the wreck. *See R.M.S. TITANIC, Inc. v. Wrecked and Abandoned Vessel*, 435 F.3d 521, 2006 A.M.C. 305 (4th Cir. 2006).

WHEREFORE, Plaintiff and Salvor-in-Possession Columbus America Discovery group, Inc. prays that this Court order Odyssey Marine

Exploration, Inc. to appear and submit itself to the jurisdiction of this Court over its person.

                                            Columbus America
                                            Discovery Group

                                                      /s/
                                            _____
                                            Philip N. Davey

Philip N. Davey, VSB No. 14061
Davey & Brogan, P.C.
   Of Counsel for Plaintiff CADG
101 Granby Street, Suite 300
Norfolk, VA 23510-1636
Tel:  757-622-0100 ext 211
Fax:  757-622-4924
Email:  pdavey@daveybroganpc.com

<u>CERTIFICATE OF SERVICE</u>

     I certify that on May 15, 2014, I electronically filed this "CADG's Motion to Require RLP's Contract Salvor OMEX to Appear and Submit the Court's Jurisdiction" with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

        Via Email: jchapman@cwm-law.com
                       sstancliff@cwm-law.com
                       cgrandy@cwm-law.com
    Mr. James L. Chapman, IV
    Mr. Steven M. Stancliff
    Mr. C. Wiley Grandy
    Crenshaw Ware & Martin, PLC
      Of Counsel for Movant Reveiver of RLP
    150 West Main Street, Suite 1500
    Norfolk, VA 23510
    Tel:   757-623-3000
    Fax:   757-623-5735

      Via Email: cshumadine@wilsav.com
      Mr. Conrad M. Shumadine
      Willcox & Savage, P.C.
        Of Counsel for Movant Receiver of RLP
      2200 Wells Fargo center
      440 Monticello Avenue
      Norfolk, VA 23510-2197
      Tel:   757-628-5525
      Fax:   757-628-5566


      Via Email: rrobol@robollaw.com
      Richard T. Robol (18534)
      ROBOL LAW OFFICE, LLC
        Attorney for Plaintiff CADG
      433 West Sixth Avenue
      Columbus, Ohio 43201
      Tel: (614)364-2210


                      /s/
                      _____
                      Philip N. Davey

Philip N. Davey, VSB No. 14061
Davey & Brogan, P.C.
   Counsel to Plaintiff CADG
101 Granby Street, Suite 300
Norfolk, VA 23510-1636
Tel:  757-622-0100 ext 211
Fax:  757-622-4924
E-mail:  pdavey@daveybroganpc.com