UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



**RECOVERY LIMITED PARTNERSHIP,**

    Plaintiff,

v.                                                    Civil Action No.: 2:87-cv-363

**UNIDENTIFIED, WRECKED AND ABANDONED SAILING VESSEL, etc.,**

    Defendant.

## ORDER

On August 31, 2016, the court granted Recovery Limited Partnership's ("RLP") Motion for a Salvage Award and awarded title to RLP of all property salvaged in 2014 from the wreck of the *S.S. Central America*. ECF No. 229. That property, comprising nearly 16,000 items, is currently in the custody of Numismatic Conservation Services, LLC ("NCS") as the Substitute Custodian serving as the agent of the court. *See* Civil Action No. 2:14-cv-160, ECF No. 61, p. 8.[1] RLP has moved to confirm that NCS is relieved of its duties as the agent of the court and that the custody of the property by NCS shall be as agent of RLP. ECF No. 230. Based on RLP's right, title and ownership of the property, it is ORDERED as follows:

    1.     NCS is hereby relieved of its custodial obligations for the property as agent of the court; and

    2.     NCS shall henceforth act as the agent for and under the direction and control of RLP, by its Receiver, Ira Owen Kane.

---

[1] The items of property that are currently in the possession of North East Document Conservation Center (paper) and Paul Messier (photographica) as sub-agents of NCS are also within the scope of this Order.

The Clerk is DIRECTED to forward a copy of this Order to counsel of record for the Plaintiff.

IT IS SO ORDERED.

                                                   /s/
                                    Rebecca Beach Smith
                                           Chief Judge
Rebecca Beach Smith
Chief United States District Judge

September 19, 2016