**United States District Court**
Eastern District of Virginia
Norfolk, Virginia 23510

Chambers of
Rebecca Beach Smith
Senior United States District Judge

May 15, 2023

James L. Chapman, IV
Crenshaw, Ware & Martin, PLC
150 West Main Street, Suite 1500
Norfolk, VA 23510

    Re:   Recovery Limited Partnership
           v. Unidentified, Wrecked and Abandoned Sailing Vessel, etc.
           Civil Case No. 2:87cv363

Dear Mr. Chapman:

    The court has received, reviewed, and filed your April 26, 2023, status report, ECF No. 295, in the above-referenced matter. Thank you for your work on this case and for your thorough report.

    Within thirty (30) days of the date of this letter, please file, under seal, the proposal for the 2024 selvage operation for the court's review. Additionally, please keep the court apprised of the continuing status of the BBC documentary broadcast, including its planned air date on the National Geographic Channel.

                                  Very truly yours,

                                  Rebecca Beach Smith

RBS/jsz

cc:   Conrad M. Shumadine
      Brett A. Spain
      Wilcox & Savage, P.C.
      440 Monticello Avenue, Suite 2200
      Norfolk, Virginia 23510