**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**RECOVERY LIMITED PARTNERSHIP,**
       **Plaintiff,**

**v.**                                       **Civil Action No.: 2:87-cv-00363**

**UNIDENTIFIED, WRECKED AND ABANDONED**
**SAILING VESSEL, etc.,**
       **Defendant.**

## <u>MOTION TO FILE UNDER SEAL</u>

Recovery Limited Partnership (the "Plaintiff" or "RLP"), by counsel, at the direction of the Court, and pursuant to local rules, moves this Court for entry of an Order filing under seal Exhibits 1 and 2 to the accompanying Memorandum in Support.  Exhibit 1 is a Declaration of Craig T. Mullen.  Exhibit 2 is a Declaration of John B. Pidcock.  The reasons for filing these documents under seal are stated in the accompanying memorandum in support.

Accordingly, RLP moves for the entry of a sealing order to file under seal Exhibits 1 and 2 to the accompanying Memorandum in Support of Motion to File under Seal, with both to remain sealed until the entry of final order in this matter, then returned to the filing party. A proposed order is attached to this motion.

This 14th day of June, 2023.

                                   */s/ James L. Chapman, IV*
                                 James L. Chapman, IV, Esquire (VS. No. 21983)
                                 CRENSHAW, WARE & MARTIN, PLC.
                                 150 West Main Street, Suite 1923
                                 Norfolk, Virginia 23510
                                 Telephone: (757) 623-3000
                                 Facsimile: (757) 623-5735
                                 jchapman@cwm-law.com

Conrad M. Shumadine (VS. No. 4325)
Brett A. Spain (VS. No. 44567)
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia  23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5569
cshumadine@wilsav.com
bspain@wilsav.com
*Counsel for Recovery Limited Partnership*


## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2023, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered filers.


                      */s/ James L. Chapman, IV*
James L. Chapman, IV, Esquire (VS. No. 21983)
*Counsel for Recovery Limited Partnership*
CRENSHAW, WARE & MARTIN, PLC.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com