United States District Court
Eastern District of Virginia
Norfolk, Virginia 23510

Chambers of
Rebecca Beach Smith
Senior United States District Judge

January 23, 2024

James L. Chapman, IV
Crenshaw, Ware & Martin, PLC
150 West Main Street, Suite 1500
Norfolk, VA 23510

      Re:  Recovery Limited Partnership
           v. Unidentified, Wrecked and Abandoned Sailing Vessel, etc.
           Civil Case No. 2:87cv363

Dear Mr. Chapman:

    The court has received, reviewed, and filed your December 15, 2023, status report, ECF No. 304, in the above-referenced matter. Thank you for your work on this case and for your report.

    Within fourteen (14) days of the date of this letter, please file, under seal, the proposed 2024 salvage plan and the agreement with Eclipse Group, Inc., for the court's review. In so filing, please follow the requirements of Local Civil Rule 5 of this Court.

                                Very truly yours,

                                *Rebecca Beach Smith*

                                Rebecca Beach Smith

RBS/jrh

cc:  Conrad M. Shumadine
     Brett A. Spain
     Wilcox & Savage, P.C.
     440 Monticello Avenue, Suite 2200
     Norfolk, Virginia 23510