UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**RECOVERY LIMITED PARTNERSHIP,**
      **Plaintiff,**

v.                                            Civil Action No.: 2:87-cv-00363

**UNIDENTIFIED, WRECKED AND ABANDONED
SAILING VESSEL, etc.,**
      **Defendant.**

**NOTICE OF MOTION TO SEAL**

TAKE NOTICE THAT Recovery Limited Partnership (the "Plaintiff" or "RLP"), by counsel, pursuant to the Order of this Court dated January 23, 2024 (*See* Order, D.E. 305), moves this Court for leave to file under seal Exhibit 1 to the memorandum in support of RLP's motion to seal. Exhibit 1 is the Declaration of Craig T. Mullen.

This serves as public notice that RLP is moving to file the above document under seal. RLP's grounds for seeking leave to file the above document under seal are set forth in its Motion to Seal and Memorandum in Support. Any party or non-party who opposes or objects to the sealing of this document must file its objection with the Clerk of Court within seven (7) days after the filing of this motion to seal. If no objection is filed in a timely manner, the Court may treat the motion to seal as uncontested.

This 31st day of January, 2024.

                                                                        */s/ James L. Chapman, IV*
                                                      James L. Chapman, IV, Esquire (VS. No. 21983)
                                                      CRENSHAW, WARE & MARTIN, PLC.
                                                      150 West Main Street, Suite 1923
                                                      Norfolk, Virginia 23510
                                                      Telephone: (757) 623-3000
                                                      Facsimile: (757) 623-5735
                                                      jchapman@cwm-law.com

Conrad M. Shumadine (VS. No. 4325)  
Brett A. Spain (VS. No. 44567)  
WILLCOX & SAVAGE, P.C.  
440 Monticello Avenue, Suite 2200  
Norfolk, Virginia  23510  
Telephone: (757) 628-5500  
Facsimile: (757) 628-5569  
cshumadine@wilsav.com  
bspain@wilsav.com  
*Counsel for Recovery Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2024, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered filers.

_/s/ James L. Chapman, IV_  
James L. Chapman, IV, Esquire (VS. No. 21983)  
*Counsel for Recovery Limited Partnership*  
CRENSHAW, WARE & MARTIN, PLC.  
150 West Main Street, Suite 1923  
Norfolk, Virginia 23510  
Telephone: (757) 623-3000  
Facsimile: (757) 623-5735  
jchapman@cwm-law.com