UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**RECOVERY LIMITED PARTNERSHIP,**

    **Plaintiff,**

v.                                             **Civil Action No.: 2:87-cv-00363**

**UNIDENTIFIED, WRECKED AND ABANDONED**
**SAILING VESSEL, etc.,**

    **Defendant.**

## **DECLARATION OF JOHN B. PIDCOCK**

1. My name is John B. Pidcock. I am over the age of eighteen (18) years, am competent to testify, and the following facts and professional opinions are based upon my own personal knowledge.

2. I reside in Ohio and am a citizen of the United States.

3. I am the Trustee of the RLP Trust by order of the Court of Common Pleas, Franklin County, Ohio, in the matter of The Dispatch Printing Co., et al. v. Recovery Limited Partnership, et al., Case No. 05CVH04-4220, entered June 7, 2019.  (D.E. #279)

4. I have personal knowledge of the proposed salvage of the S.S. CENTRAL AMERICA by Eclipse Group, Inc., for RLP seeks approval from the Court.

5. On behalf of RLP, I acknowledge and affirm that:

    a. RLP is the salvor-in-possession of the S.S. CENTRAL AMERICA wreck;

    b. RLP does not have title to the property at the wreck site;

    c. Any salvage award RLP seeks for property recovered from the wreck site is subject to approval by this Court; and

d.  Any potential salvage award will be conditioned on the salvors' reasonable archeological and historical preservation efforts of the wreck and items salved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: February 29, 2024

_____
John B. Pidcock