UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

RECOVERY LIMITED PARTNERSHIP,

    Plaintiff,

v.                                           Civil Action No.: 2:87-cv-00363

UNIDENTIFIED, WRECKED AND ABANDONED
SAILING VESSEL, etc.,

    Defendant.

### DECLARATION OF STEVEN SAINT AMOUR

1. My name is Steven Saint Amour. I am over the age of eighteen (18) years, am competent to testify, and the following facts and representations are based upon my own personal knowledge.

2. I reside in Maryland and am a citizen of the United States.

3. I am the Vice-President of Eclipse Group, Inc. ("EGI") and am authorized on its behalf to make this declaration.

4. I have personal knowledge of the proposed salvage of the S.S. CENTRAL AMERICA by EGI, for which Recovery Limited Partnership ("RLP") seeks approval from the Court.

5. On behalf of EGI, I acknowledge and affirm that:

    a. RLP is the salvor-in-possession of the S.S. CENTRAL AMERICA wreck;

    b. RLP does not have title to the property at the wreck site;

    c. Any salvage award RLP seeks for property recovered from the wreck site is subject to approval by this Court; and

  d. Any potential salvage award will be conditioned on the salvors' reasonable archeological and historical preservation efforts of the wreck and items salved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: <u>March 1, 2024</u>

_____<br>Steven Saint Amour