UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**RECOVERY LIMITED PARTNERSHIP,**
    **Plaintiff,**

v.                                                          Civil Action No.: 2:87-cv-00363

**UNIDENTIFIED, WRECKED AND ABANDONED**
**SAILING VESSEL, etc.,**
    **Defendant.**

## MOTION TO FILE UNDER SEAL

Recovery Limited Partnership (the "Plaintiff" or "RLP"), by counsel, at the direction of the Court, and pursuant to local rules, moves this Court for entry of an Order filing under seal its Memorandum Responding to Letter of the Court Dated February 16, 2024. The reasons for filing this document under seal are stated in the accompanying memorandum in support.

Accordingly, RLP moves for the entry of a sealing order to file under seal its Memorandum Responding to Letter of the Court Dated February 16, 2024, with it remaining sealed until the entry of final order in this matter, then returned to the filing party. A proposed order is attached to this motion.

This 1st day of March, 2024.

                                                                 /s/ *James L. Chapman, IV*
                                                  James L. Chapman, IV, Esquire (VS. No. 21983)
                                                  CRENSHAW, WARE & MARTIN, PLC.
                                                  150 West Main Street, Suite 1923
                                                  Norfolk, Virginia 23510
                                                  Telephone: (757) 623-3000
                                                  Facsimile: (757) 623-5735
                                                  jchapman@cwm-law.com

        Conrad M. Shumadine (VS. No. 4325)
        Brett A. Spain (VS. No. 44567)
        WILLCOX & SAVAGE, P.C.
        440 Monticello Avenue, Suite 2200
        Norfolk, Virginia  23510
        Telephone: (757) 628-5500
        Facsimile: (757) 628-5569
        cshumadine@wilsav.com
        bspain@wilsav.com
        *Counsel for Recovery Limited Partnership*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of March, 2024, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered filers.

        */s/ James L. Chapman, IV*
        James L. Chapman, IV, Esquire (VS. No. 21983)
        *Counsel for Recovery Limited Partnership*
        CRENSHAW, WARE & MARTIN, PLC.
        150 West Main Street, Suite 1923
        Norfolk, Virginia 23510
        Telephone: (757) 623-3000
        Facsimile: (757) 623-5735
        jchapman@cwm-law.com