UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(NORFOLK DIVISION)

COLUMBUS-AMERICA DISCOVERY
GROUP, INC.,

      Plaintiff,

v.                                                       Case No. 2:87cv363-RBS

THE UNIDENTIFIED, WRECKED AND
ABANDONED SAILING VESSEL, ETC.,

      Defendant.

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

NOW COMES Conrad M. Shumadine, Brett A. Spain and the law firm of Willcox & Savage, P.C., counsel for Recovery Limited Partnership, and file their Motion to Withdraw as counsel.

Recovery Limited Partnership has consented to this withdrawal of counsel and remains represented in this matter by counsel James L. Chapman, IV, and the law firm of Crenshaw, Ware & Martin, P.L.C.

WHEREFORE, it is respectfully requested that Conrad M. Shumadine, Brett A. Spain and the law firm of Willcox & Savage, P.C. be removed as counsel of record for Recovery Limited Partnership. A proposed Order granting the requested relief is attached.

Dated: March 12, 2024                              Respectfully submitted,

                                                                 /s/ Brett A. Spain
                                                                 Brett A. Spain (VSB No. 44567)
                                                                 Conrad M. Shumadine (VSB No. 4325)
                                                                  *Counsel for Recovery Limited Partnership*
                                                                   WILLCOX & SAVAGE, P.C.
                                                                   440 Monticello Avenue, Suite 2200
                                                                   Norfolk, Virginia 23510

Telephone: (757) 628-5500
Facsimile: (757) 628-5569
bspain@wilsav.com
cshumadine@wilsav.com

James L. Chapman, IV (VSB No. 21983)
*Counsel for Recovery Limited Partnership*
Crenshaw, Ware & Martin, P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of March, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

/s/ Brett A. Spain
Brett A. Spain (VSB No. 44567)
Conrad M. Shumadine (VSB No. 4325)
*Counsel for Recovery Limited Partnership*
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5569
bspain@wilsav.com
cshumadine@wilsav.com