UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(NORFOLK DIVISION)

RECOVERY LIMITED PARTNERSHIP,

    Plaintiff,

v.                                                Case No. 2:87cv363-RBS

THE UNIDENTIFIED, WRECKED AND
ABANDONED SAILING VESSEL, ETC.,

    Defendant.

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

THIS MATTER is before the Court on the Motion by Recovery Limited Partnership for leave for Conrad M. Shumadine, Brett A. Spain and the law firm of Willcox & Savage, P.C., to withdraw as counsel of record for Recovery Limited Partnership. The Motion is hereby GRANTED and, accordingly, it is ORDERED that Conrad M. Shumadine, Brett A. Spain and Willcox & Savage, P.C. shall no longer be counsel of record in this matter for Recovery Limited Partnership. The Clerk of Court shall remove Conrad M. Shumadine, Brett A. Spain and Willcox & Savage, P.C. from the service list and they need not be served with any further pleadings, motions or other papers in this action.

ENTERED this 13th day of March, 2024.

/s/ RBS
Rebecca Beach Smith
Senior United States District Court Judge