United States District Court
Eastern District of Virginia
Norfolk, Virginia 23510

Chambers of
Rebecca Beach Smith
Senior United States District Judge

March 15, 2024

James L. Chapman, IV
Crenshaw, Ware & Martin, PLC
150 West Main Street, Suite 1500
Norfolk, Virginia 23510

Re:  Recovery Limited Partnership
     v. Unidentified, Wrecked and Abandoned Sailing Vessel, etc.
     Civil Case No. 2:87cv363

Dear Mr. Chapman:

The court has reviewed the Declarations of John B. Pidcock, ECF No. 312, and Steven Saint Amour, ECF No. 313, as well as the memorandum filed under seal titled "Memorandum Responding to Letter of the Court Dated February 16, 2024," ECF No. 317 ("Sealed Memorandum"). Per the court's request, the Sealed Memorandum details the reasonable archeological and historical preservation efforts the salvors will undertake during the 2024 salvage operation. The court is satisfied with the information provided in the Declarations and Sealed Memorandum and the court needs no further information to fully consider the 2024 salvage plan.

Accordingly, having reviewed the salvage plan as described in ECF Nos. 308 and 317, the court approves Recovery Limited Partnership's ("RLP") 2024 salvage operations. You are directed to file a report regarding the salvage operations by May 15, 2024, and periodic reports regarding the same every thirty (30) days thereafter, until such time when RLP moves for a salvage award.

Very truly yours,

*Rebecca Beach Smith*

Rebecca Beach Smith

RBS/jrh