UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

RECOVERY LIMITED PARTNERSHIP,
    Plaintiff,

v.                                     Civil Action No.: 2:87-cv-00363

UNIDENTIFIED, WRECKED AND ABANDONED
SAILING VESSEL, etc.,
    Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that K. Barrett Luxhoj, an attorney with the law firm of Crenshaw, Ware & Martin, P.L.C., and a member in good standing of the United States District Court for the Eastern District of Virginia, hereby enters an appearance on behalf of Plaintiff, Recovery Limited Partnership in this matter.

Dated: April 18, 2024.

                                                             */s/ K. Barrett Luxhoj*
                                            James L. Chapman, IV, Esquire (VSB 21983)
                                            K. Barrett Luxhoj, Esquire (VSB 86302)
                                            CRENSHAW, WARE & MARTIN, PLC.
                                            150 West Main Street, Suite 1923
                                            Norfolk, Virginia 23510
                                            Telephone: (757) 623-3000
                                            Facsimile: (757) 623-5735
                                            jchapman@cwm-law.com
                                            kbluxhoj@cwm-law.com
                                            *Counsel for Recovery Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2024, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered filers.

                                              */s/ K. Barrett Luxhoj*

James L. Chapman, IV, Esquire (VSB 21983)
K. Barrett Luxhoj, Esquire (VSB 86302)
*Counsel for Recovery Limited Partnership*
CRENSHAW, WARE & MARTIN, PLC.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com