United States District Court
Eastern District of Virginia
Norfolk, Virginia 23510

Chambers of
Rebecca Beach Smith
Senior United States District Judge

June 4, 2024

James L. Chapman, IV, Esquire
K. Barrett Luxhoj, Esquire
Crenshaw, Ware & Martin, PLC
150 West Main Street, Suite 1500
Norfolk, Virginia 23510

  Re: Recovery Limited Partnership
    v. Unidentified, Wrecked and Abandoned Sailing Vessel, etc.
    Civil Case No. 2:87cv363

Dear Mr. Chapman and Mr. Luxhoj:

  After further review of the last Status Report to Court, filed on May 8, 2024, ECF No. 323, the court will not require a Status Report on June 15, 2024. The court rescinds the direction in its Letter to Counsel dated March 15, 2024, ECF No. 321, to file monthly status reports on the progress of the now-cancelled 2024 salvage operation, finding that this direction is now moot. The court's Order of December 1, 2016, ECF No. 235, requiring semi-annual status reports remains in effect, and the court finds that the status report of May 8, 2024, satisfies the requirements of this Order.

             Very truly yours,

             Rebecca Beach Smith

RBS/erb