UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

RECOVERY LIMITED PARTNERSHIP,
      Plaintiff,

v.                                            Civil Action No.: 2:87-cv-00363

UNIDENTIFIED, WRECKED AND ABANDONED
SAILING VESSEL, etc.,
      Defendant.

## STATUS REPORT TO COURT

Recovery Limited Partnership (the "Plaintiff" or "RLP"), by counsel, respectfully submits this Report to the Court as salvor-in-possession of the wreck of the S.S. CENTRAL AMERICA. Plaintiff has previously submitted thirty-one reports, two in Civil Action No. 2:14-cv-160, and twenty-nine in Civil Action No. 2:87-cv-363. *See* ECF # 21 and 90 (No. 2:14-cv-160); ECF # 104, 130, 163, 175, 176, 177, 195, 202, 209, 233, 256, 264, 267, 273, 278, 280, 281, 289, 290, 291, 292, 293, 294, 295, 303, 304, 323, 330, and 331 (No. 2:87-cv-363).

As reported on January 31, 2025 (ECF # 331), the Trustee, John Pidcock, together with RLP's salvage adviser, Craig T. Mullen, are finalizing the 2025 salvage operation plans with CanPac Marine Services Inc. ("CanPac") as the lead salvor. CanPac possesses the necessary deep-water capabilities to comply with the operational requirements previously authorized by the Court. ECF # 321, 330. For confidentiality, the Trustee has withheld detailed information regarding CanPac from this report but stands ready to submit this information under seal should the Court wish to review it at this time.

As previously reported, broader industry challenges, particularly those stemming from shifts in the federal administration, have created uncertainty in planning offshore operations. Specifically, potential disruptions in government contracts for maritime-related operations have

1

introduced additional complexities in project planning over the next 12 to 24 months. Consequently, the Trustee's planning for the upcoming salvage operation has taken longer than initially anticipated.

Nonetheless, the Trustee remains committed to submitting a formal salvage plan on or before March 31, 2025 for the Court's consideration and subject to its approval. The plan is expected to align closely with the operations previously authorized by the Court. ECF #321.

The Trustee is aware that exclusive jurisdiction over the salvage of the wreck of the S.S. CENTRAL AMERICA lies with this Court. He understands his obligation to notify this Court regarding any future salvage and will seek advance approval before any such salvage is performed in accordance with the Order entered January 11, 2019. ECF # 276.

The Trustee and counsel are available to address any questions that the Court may have regarding this report.

This 28th day of February, 2025.

_____/s/ James L. Chapman, IV_____
James L. Chapman, IV, Esquire (VS. No. 21983)
K. Barrett Luxhoj, Esquire (VS. No. 86302)
*Counsel for Recovery Limited Partnership*
CRENSHAW, WARE & MARTIN, PLC.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28st day of February, 2025, a true and accurate copy of the

foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which

will then send a notification of such filing to all registered filers.


        */s/ James L. Chapman, IV*

James L. Chapman, IV, Esquire (VS. No. 21983)

K. Barrett Luxhoj, Esquire (VS. No. 86302)

*Counsel for Recovery Limited Partnership*

CRENSHAW, WARE & MARTIN, PLC.

150 West Main Street, Suite 1923

Norfolk, Virginia 23510

Telephone: (757) 623-3000

Facsimile: (757) 623-5735

jchapman@cwm-law.com

kbluxhoj@cwm-law.com