UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**RECOVERY LIMITED PARTNERSHIP,**
   **Plaintiff,**

v.                      Civil Action No.: 2:87-cv-00363

**UNIDENTIFIED, WRECKED AND ABANDONED**
**SAILING VESSEL, etc.,**
   **Defendant.**

## STATUS REPORT TO COURT

  Recovery Limited Partnership (the "Plaintiff" or "RLP"), by counsel, respectfully submits this Report to the Court as salvor-in-possession of the wreck of the S.S. CENTRAL AMERICA. Plaintiff has previously submitted thirty-two reports, two in Civil Action No. 2:14-cv-160, and thirty in Civil Action No. 2:87-cv-363. *See* ECF # 21 and 90 (No. 2:14-cv-160); ECF # 104, 130, 163, 175, 176, 177, 195, 202, 209, 233, 256, 264, 267, 273, 278, 280, 281, 289, 290, 291, 292, 293, 294, 295, 303, 304, 323, 330, 331 and 334 (No. 2:87-cv-363).

  As reported on January 31, 2025 (ECF # 331), the Trustee, John Pidcock, together with RLP's salvage adviser, Craig T. Mullen, are finalizing the 2025 salvage operation plans with CanPac Marine Services Inc. ("CanPac") as the lead salvor.

  Since the last report, the Trustee has continued planning discussions with CanPac in order to develop a comprehensive operational plan addressing all logistical and technical aspects. It remains in development, and additional time is necessary for CanPac to complete its work.

  In light of ongoing uncertainties in maritime commerce, the Trustee respectfully requests a 60-day extension, through May 30, 2025, to allow completion of the planning process and submission of a formal salvage plan for the Court's consideration and subject to its approval. The plan is expected to align closely with the operations previously authorized by the Court. ECF

1

#321.  To ensure continued transparency, the Trustee will continue to provide monthly updates on progress during this period.

The Trustee is aware that exclusive jurisdiction over the salvage of the wreck of the S.S. CENTRAL AMERICA lies with this Court. He understands his obligation to notify this Court regarding any future salvage and will seek advance approval before any such salvage is performed in accordance with the Order entered January 11, 2019.  ECF # 276.

The Trustee and counsel are available to address any questions that the Court may have regarding this Report.

This 31st day of March, 2025.

    /s/ James L. Chapman, IV
James L. Chapman, IV, Esquire (VS. No. 21983)
K. Barrett Luxhoj, Esquire (VS. No. 86302)
*Counsel for Recovery Limited Partnership*
CRENSHAW, WARE & MARTIN, PLC.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of March, 2025, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered filers.

                                        */s/ James L. Chapman, IV*
James L. Chapman, IV, Esquire (VS. No. 21983)
K. Barrett Luxhoj, Esquire (VS. No. 86302)
*Counsel for Recovery Limited Partnership*
CRENSHAW, WARE & MARTIN, PLC.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com