# United States District Court
### Eastern District of Virginia
### Norfolk, Virginia 23510

Chambers of
### Rebecca Beach Smith
Senior United States District Judge

April 2, 2025

James L. Chapman, IV
Crenshaw, Ware & Martin, PLC
150 West Main Street, Suite 1923
Norfolk, Virginia 23510

      Re:  Recovery Limited Partnership
            v. The Wrecked and Abandoned Vessel
            S.S. CENTRAL AMERICA, etc.
            Civil Case No. 2:87cv363

Dear Mr. Chapman:

    The court has received, reviewed, and filed your March 31, 2025, status report, ECF No. 335, in the above-referenced matter. Thank you for your work on this case and for your report.

    At this juncture, the court is satisfied with Recovery Limited Partnership's reports concerning the proposed 2025 expedition. The court will thus grant Recovery Limited Partnership's request for a sixty (60) day extension to file its proposed 2025 salvage plan. Accordingly, on or before May 30, 2025, please file, under seal, the proposed 2025 salvage plan for the court's review. In so filing, please follow the requirements of Local Civil Rule 5 of this Court.

                  Very truly yours,

                  Rebecca Beach Smith

RBS/cgw