**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**RECOVERY LIMITED PARTNERSHIP,**
        **Plaintiff,**

v.                                                      **Civil Action No.: 2:87-cv-00363**

**UNIDENTIFIED, WRECKED AND ABANDONED**
**SAILING VESSEL, etc.,**
        **Defendant.**

## MOTION TO FILE UNDER SEAL

Recovery Limited Partnership (the "Plaintiff" or "RLP"), by counsel, at the direction of the Court, and pursuant to local rules, moves this Court for entry of an Order filing under seal Exhibits 1 – 3 to the accompanying Memorandum in Support. Exhibit 1 is the Plaintiff's Confidential Status Report. Exhibit 2 is the Declaration of John B. Pidcock. Exhibit 3 is the Declaration of Craig T. Mullen. The reasons for filing these documents under seal are stated in the accompanying Memorandum in Support.

Accordingly, RLP moves for the entry of a sealing order to file under seal Exhibits 1 – 3 to the accompanying Memorandum in Support of Motion to File under Seal, with these documents remaining sealed until the entry of a final order in this matter, then returned to the filing party. A proposed order is attached to this Motion.

This 30th day of May, 2025.                           */s/ K. Barrett Luxhoj*
                                                                    James L. Chapman, IV, Esquire (VS. No. 21983)
                                                                    K. Barrett Luxhoj, Esquire (VS. No. 86302)
                                                                    *Counsel for Recovery Limited Partnership*
                                                                    CRENSHAW, WARE & MARTIN, PLC.
                                                                    150 West Main Street, Suite 1923
                                                                    Norfolk, Virginia 23510
                                                                    Telephone: (757) 623-3000
                                                                    Facsimile: (757) 623-5735
                                                                    jchapman@cwm-law.com
                                                                    kbluxhoj@cwm-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of May, 2025, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered filers.

                                         */s/ K. Barrett Luxhoj*
James L. Chapman, IV, Esquire (VS. No. 21983)
K. Barrett Luxhoj, Esquire (VS. No. 86302)
*Counsel for Recovery Limited Partnership*
CRENSHAW, WARE & MARTIN, PLC.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com