# United States District Court
### Eastern District of Virginia
### Norfolk, Virginia 23510

Chambers of
Rebecca Beach Smith
Senior United States District Judge

June 5, 2025

James L. Chapman, IV
Crenshaw, Ware & Martin, PLC
150 West Main Street, Suite 1923
Norfolk, Virginia 23510

  Re: Recovery Limited Partnership
     v. The Wrecked and Abandoned Vessel
     S.S. CENTRAL AMERICA, etc.
     Civil Case No. 2:87cv363

Dear Mr. Chapman:

  The court has received and reviewed your May 30, 2025, status report, ECF No. 341, filed under seal in the above-referenced matter. Thank you for your work on this case and for your report.

  In the status report, you request a "modest extension" to file your proposed salvage plan. It is not clear to the court the length of the extension sought. Please so advise within seven (7) days of receipt of this letter, keeping in mind that the court will need adequate time prior to any proposed 2025 expedition to review and approve the plan in advance. If necessary, please follow the requirements of Local Civil Rule 5 in responding to this inquiry.

           Very truly yours,

           *Rebecca Beach Smith*

           Rebecca Beach Smith

RBS/cgw