UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**RECOVERY LIMITED PARTNERSHIP,**

      Plaintiff,

    v.                                    CIVIL NO. 2:87-cv-363

**THE WRECKED AND ABANDONED VESSEL,**
**S.S. CENTRAL AMERICA, ETC.,**

      Defendant.

## AMENDED ORDER

The sealing Orders entered July 6, 2023, ECF No. 302, February 14, 2024, ECF No. 310, March 15, 2024, ECF No. 320, and May 23, 2024, ECF No. 328, are hereby amended as follows. The last sentence of those Orders is deleted and shall now read: "This document shall remain sealed absent further Order of the court."[*] In all other respects, the Orders dated July 6, 2023, ECF No. 302, February 14, 2024, ECF No. 310, March 15, 2024, ECF No. 320, and May 23, 2024, ECF No. 328, shall remain unchanged and in full force and effect.

IT IS SO ORDERED.

                                              /s/
                                 Rebecca Beach Smith
                                 Senior United States District Judge
                              REBECCA BEACH SMITH
                     SENIOR UNITED STATES DISTRICT JUDGE

July 2, 2025

---

[*] This amendment comports with the other sealing Orders entered on February 12, 2020, ECF No. 288, June 23, 2025, ECF No. 349, and July 2, 2025, ECF No. 350, and with the court's electronic filing system under CM/ECF.