# United States District Court
### Eastern District of Virginia
### Norfolk, Virginia 23510

Chambers of
Rebecca Beach Smith
Senior United States District Judge

July 2, 2025

James L. Chapman, IV
Crenshaw, Ware & Martin, PLC
150 West Main Street, Suite 1923
Norfolk, Virginia 23510

    Re:  Recovery Limited Partnership
          v. The Wrecked and Abandoned Vessel
          S.S. CENTRAL AMERICA, etc.
          Civil Case No. 2:87cv363

Dear Mr. Chapman:

    The court has received and reviewed your June 12, 2025, status report, ECF No. 348, filed under seal in the above-referenced matter. Thank you for your work on this case and for your report.

    At this juncture, the court is satisfied with Recovery Limited Partnership's reports concerning the proposed 2026 expedition. The court will thus grant Recovery Limited Partnership a seventy-five (75) day extension to file its proposed 2026 salvage plan. Accordingly, on or before August 26, 2025, please file, under seal, the proposed 2026 salvage plan for the court's review. In so filing, please follow the requirements of Local Civil Rule 5 of this Court.

                          Very truly yours,

                          Rebecca Beach Smith

RBS/cgw