**Civil Action No.: 2:87-cv-00363**

# EXHIBIT 1
# (FILED UNDER SEAL)