**Civil Action No.: 2:87-cv-00363**

**EXHIBIT 2**

**(FILED UNDER SEAL)**