UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**RECOVERY LIMITED PARTNERSHIP,**
        Plaintiff,

v.                                                Civil Action No.: 2:87-cv-00363

**UNIDENTIFIED, WRECKED AND ABANDONED**
**SAILING VESSEL, etc.,**
        Defendant.

## NOTICE OF FILING

TAKE NOTICE THAT Recovery Limited Partnership (the "Plaintiff" or "RLP"), by counsel, pursuant to the Letter of this Court dated September 23, 2025 (*See* ECF #358), respectfully submits and files herewith the following: the Declaration of RLP, attached as **Exhibit 1**; and the Declaration of Mobile Marine International, Inc. ("MMI"), attached as **Exhibit 2**.[1]

This 14th day of October, 2025.

                                                          */s/ James L. Chapman, IV*
                                      James L. Chapman, IV, Esquire (VSB No. 21983)
                                      K. Barrett Luxhoj, Esquire (VSB No. 86302)
                                      CRENSHAW, WARE & MARTIN, PLC.
                                      150 West Main Street, Suite 1923
                                      Norfolk, Virginia 23510
                                      Telephone: (757) 623-3000
                                      Facsimile: (757) 623-5735
                                      jchapman@cwm-law.com
                                      kbluxhoj@cwm-law.com
                                      *Counsel for Recovery Limited Partnership*

---

[1] MMI's representative was traveling at the time of execution and utilized DocuSign to endorse his Declaration.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October, 2025, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered filers.

                                                */s/ James L. Chapman, IV*
James L. Chapman, IV, Esquire (VSB No. 21983)
CRENSHAW, WARE & MARTIN, PLC.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
*Counsel for Recovery Limited Partnership*

2