# Civil Action No.: 2:87-cv-00363

# EXHIBIT 1
# (RLP Declaration)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

RECOVERY LIMITED PARTNERSHIP,

    **Plaintiff,**

v.                                      Civil Action No.: 2:87-cv-00363

UNIDENTIFIED, WRECKED AND ABANDONED
SAILING VESSEL, etc.,

    **Defendant.**

## DECLARATION OF JOHN B. PIDCOCK

1. My name is John B. Pidcock. I am over the age of eighteen (18) years, am competent to testify, and the following facts and professional opinions are based upon my own personal knowledge.

2. I reside in Ohio and am a citizen of the United States.

3. I am the Trustee of the RLP Trust by order of the Court of Common Pleas, Franklin County, Ohio, in the matter of *The Dispatch Printing Co., et al. v. Recovery Limited Partnership, et al.*, Case No. 05CVH04-4220, entered June 7, 2019.  ECF #279.

4. I have personal knowledge of the proposed salvage of the S.S. CENTRAL AMERICA by Mobile Marine International, Inc., for which RLP seeks approval from the Court.

5. On behalf of RLP, I acknowledge and affirm that:

    a. RLP is the salvor-in-possession of the S.S. CENTRAL AMERICA wreck;

    b. RLP does not have title to the wreck or property at the wreck site;

    c.  Any property recovered during salvage operations at the wreck site in 2026 must be transferred to the custody of the United States Marshals Service pending appointment of a substitute custodian;

    d.  Any salvage award RLP seeks for property recovered from the wreck site is subject to approval by this Court; and

    e.  Any potential salvage award will be conditioned on the salvors' reasonable efforts to protect the historical and archeological value of the wreck site and the items salved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: <u>October 13, 2025</u>

_____
John B. Pidcock

2