# Civil Action No.: 2:87-cv-00363

# EXHIBIT 2
# (MMI Declaration)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

RECOVERY LIMITED PARTNERSHIP,

      **Plaintiff,**

v.                                                                                          Civil Action No.: 2:87-cv-00363

UNIDENTIFIED, WRECKED AND ABANDONED
SAILING VESSEL, etc.,

      **Defendant.**

## DECLARATION OF MITCH McCARREL

1. My name is Mitch McCarrel. I am over the age of eighteen (18) years, am competent to testify, and the following facts and representations are based upon my own personal knowledge.

2. I reside in New York and am a citizen of the United States.

3. I am the President and CEO of Mobile Marine International, Inc. ("MMI") and am authorized on its behalf to make this declaration.

4. I have personal knowledge of the proposed salvage of the S.S. CENTRAL AMERICA by MMI, for which Recovery Limited Partnership ("RLP") seeks approval from the Court.

5. On behalf of MMI, I acknowledge and affirm that:

    a. RLP is the salvor-in-possession of the S.S. CENTRAL AMERICA wreck;
    b. RLP does not have title to the wreck or property at the wreck site;
    c. Any property recovered during salvage operations at the wreck site in 2026 must be transferred to the custody of the United States Marshal Service pending appointment of a substitute custodian;

d. Any salvage award RLP seeks for property recovered from the wreck site is subject to approval by this Court; and

e. Any potential salvage award will be conditioned on the salvors' reasonable efforts to protect the historical and archeological value of the wreck site and the items salved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: October 14, 2025

Signed by: [signature] 2EBE5A5B168F4D7...

Mitch McCarrel