UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**RECOVERY LIMITED PARTNERSHIP,**
    **Plaintiff,**

v.                                 Civil Action No.: 2:87-cv-00363

**UNIDENTIFIED, WRECKED AND ABANDONED**
**SAILING VESSEL, etc.,**
    **Defendant.**

## MOTION TO FILE UNDER SEAL

Recovery Limited Partnership (the "Plaintiff" or "RLP"), by counsel, at the direction of the Court (ECF #358), and pursuant to local rules, moves this Court for entry of an Order filing under seal Exhibits 1 and 2 to the accompanying Memorandum in Support. Exhibit 1 is a Memorandum elaborating on the reasonable archaeological and historical preservation efforts the salvors will make during the 2026 salvage. Exhibit 2 is a Declaration of Craig T. Mullen. The reasons for filing these documents under seal are stated in the accompanying Memorandum in Support.

Accordingly, RLP moves for the entry of a sealing order to file under seal Exhibits 1 and 2 to the accompanying Memorandum in Support of Motion to File under Seal, with them remaining sealed until the entry of final order in this matter, then returned to the filing party. A proposed order is attached to this Motion.

This 14[h] day of October, 2025.
                                                */s/ James L. Chapman, IV*
                                                James L. Chapman, IV, Esquire (VSB No. 21983)
                                                K. Barrett Luxhoj, Esquire (VSB No. 86302)
                                                Crenshaw, Ware & Martin, PLC.
                                                150 West Main Street, Suite 1923
                                                Norfolk, Virginia 23510
                                                Telephone: (757) 623-3000
                                                Facsimile: (757) 623-5735
                                                jchapman@cwm-law.com
                                                kbluxhoj@cwm-law.com
                                                *Counsel for Recovery Limited Partnership*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October, 2025, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered filers.

                                    */s/ James L. Chapman, IV*
James L. Chapman, IV, Esquire (VSB No. 21983)
CRENSHAW, WARE & MARTIN, PLC.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
*Counsel for Recovery Limited Partnership*