UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

RECOVERY LIMITED PARTNERSHIP,
    Plaintiff,

v.                                                                          Civil Action No. 2:87-cv-00363

UNIDENTIFIED, WRECKED AND ABANDONED
SAILING VESSEL, etc.,
    Defendant.

## ORDER

This matter comes before the Court on the motion of Recovery Limited Partnership ("RLP"), pursuant to local rules and at the direction of this Court, to file under seal the documents marked as Exhibits 1 and 2 to the Memorandum in Support of the Motion to File under Seal. *See* ECF Nos. 360 (Motion to Seal), 361 (Memorandum in Support). Exhibit 1 is a Memorandum elaborating on the reasonable archaeological and historical preservation efforts the salvors will make during the 2026 salvage. ECF No. 361-1. Exhibit 2 is the Declaration of Craig T. Mullen. ECF No. 361-2. Upon consideration of the Motion to Seal and related filings, the Court is of the opinion that the Motion to Seal should be granted.

There are three requirements the Court must consider for sealing court filings: (1) public notice with opportunity to object[1]; (2) consideration of less drastic alternatives; and (3) a statement of specific findings in support of a decision to seal and reject alternatives to sealing. *Flexible Benefits Council v. Feltman*, No. 1:08-cv-371, 2008 WL 4924711, at *1 (E.D. Va. Nov. 13, 2008) (citing *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000)). Even when no party challenges a motion to seal, the Court must still ensure the motion is supported by good cause. *Auburn Univ. v. IBM Corp.*, No. 3:09-cv-694-MEF, 2010 WL 3927737, at *2 (M.D. Ala. Oct. 4, 2010).

---

[1] *See* ECF Nos. 360, 361, and 362, filed October 14, 2025, on the public docket. No objections have been filed to date.

The Court FINDS that the Memorandum and Mullen Declaration attached as Exhibits 1 and 2 to the Memorandum in Support of the Motion to Seal contain sensitive commercial information that is confidential in nature for RLP and Mobile Marine International, Inc.; that public notice has been given; that no objections have been filed; that the public's interest in access is outweighed by the interests in preserving the confidentiality of this commercially sensitive information; and that there is no less drastic alternative that appropriately serves these interests.

Accordingly, the Motion to Seal is GRANTED. The Court ORDERS that Exhibits 1 and 2 to the Memorandum in Support of Motion to Seal, ECF Nos. 361-1, 361-2, shall be and are hereby sealed and omitted from public filing. These documents shall remain sealed absent further order of the Court.

This 20th day of November, 2025.

/s/
Rebecca Beach Smith
Senior United States District Judge

Rebecca Beach Smith
Senior United States District Judge