United States District Court
Eastern District of Virginia
Norfolk, Virginia 23510

Chambers of
Rebecca Beach Smith
Senior United States District Judge

November 20, 2025

James L. Chapman, IV
Crenshaw, Ware & Martin, PLC
150 West Main Street, Suite 1923
Norfolk, Virginia 23510

    Re:  Recovery Limited Partnership v.
           Unidentified, Wrecked and Abandoned Sailing Vessel, etc.
           Civil Case No. 2:87-cv-363

Dear Mr. Chapman:

    The court has reviewed the Declarations of John B. Pidcock, ECF No. 359-1, and Mitch McCarrel, ECF No. 359-2. The court has also reviewed the "Memorandum Responding to Letter of the Court Dated September 23, 2025," ECF No. 363 ("Sealed Memorandum"), and Declaration of Craig T. Mullen, ECF No. 364, filed under seal pursuant to the court's Order this date, November 20, 2025, ECF No. 365. Per the court's request, the Sealed Memorandum details the reasonable efforts the salvors will undertake during the 2026 salvage operation to preserve the historical and archaeological value of the S.S. Central America wreck and wreck site. The court is satisfied at this juncture with the information provided in the declarations and Sealed Memorandum, and the court needs no additional information to fully consider plans for the 2026 salvage operation.

    Accordingly, having reviewed the salvage plan as described in ECF Nos. 354-1, 354-2, and attachments thereto, the court **APPROVES** Recovery Limited Partnership's ("RLP") proposed 2026 salvage operation. RLP is **DIRECTED** to file a status report regarding salvage operations on or before March 1, 2026, with periodic reports regarding the same following every thirty (30) days thereafter, until such time when RLP moves for a salvage award.

    The court **TAKES UNDER ADVISEMENT** RLP's stated intention to recommend appointment of a substitute custodian as an agent of the court. Consistent with RLP's proposed timeline for doing so, the court **ORDERS** that RLP shall recommend appointment of a substitute

James L. Chapman, IV
November 20, 2025
Page 2

custodian no later than sixty (60) days prior to the Mobilization Date. Thereafter, the court will issue an order setting forth how RLP will transfer items recovered during the 2026 salvage operation to the court's custody.

Very truly yours,

Rebecca Beach Smith

RBS/aln