UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**RECOVERY LIMITED PARTNERSHIP,**
        Plaintiff,

v.                                              Civil Action No.: 2:87-cv-00363

**UNIDENTIFIED, WRECKED AND ABANDONED**
**SAILING VESSEL, etc.,**
        Defendant.

## MOTION TO FILE UNDER SEAL

Recovery Limited Partnership ("RLP"), by counsel, at the direction of the Court (ECF #366), and pursuant to local rules, moves this Court for entry of an Order filing under seal Exhibit 1 to the accompanying Memorandum in Support. Exhibit 1 is a Confidential Status Report providing updates to the Court concerning non-public operational, scheduling, and substitute custodian matters related to the 2026 salvage operation. The reasons for filing these documents under seal are stated in the accompanying Memorandum in Support.

Accordingly, RLP moves for the entry of a sealing order to file under seal Exhibit 1 to the accompanying Memorandum in Support of Motion to File under Seal, with it remaining sealed absent further Order of the Court, then returned to the filing party. A proposed order is attached to this Motion.

This 29[h] day of January, 2026.                  */s/ K. Barrett Luxhoj*
                                                               James L. Chapman, IV, Esquire (VS. No. 21983)
                                                               K. Barrett Luxhoj, Esquire (VS. No. 86302)
                                                               *Counsel for Recovery Limited Partnership*
                                                               CRENSHAW, WARE & MARTIN, PLC.
                                                               150 West Main Street, Suite 1923
                                                               Norfolk, Virginia 23510
                                                               Telephone: (757) 623-3000
                                                               Facsimile: (757) 623-5735
                                                               jchapman@cwm-law.com
                                                               kbluxhoj@cwm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January, 2026, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered filers.

                                          */s/ K. Barrett Luxhoj*
K. Barrett Luxhoj, Esquire (VS. No. 86302)
*Counsel for Recovery Limited Partnership*
CRENSHAW, WARE & MARTIN, PLC.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
kbluxhoj@cwm-law.com