UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**RECOVERY LIMITED PARTNERSHIP,**
        **Plaintiff,**

v.                                                                                           Civil Action No.: 2:87-cv-00363

**UNIDENTIFIED, WRECKED AND ABANDONED**
**SAILING VESSEL, etc.,**
        **Defendant.**

## ORDER

This matter comes before the Court on the motion of Recovery Limited Partnership ("RLP"), pursuant to local rules and at the direction of this Court, to file under seal the documents marked as Exhibit 1 to the Memorandum in Support of its Motion to File under Seal. Exhibit 1 is a Confidential Status Report providing updates to the Court concerning non-public operational and scheduling matters related to the 2026 salvage operation. Upon consideration of the motion and related filings, the Court is of the opinion that the Motion should be granted.

There are three requirements the Court must consider for sealing court filings: (1) public notice with opportunity to object; (2) consideration of less drastic alternatives; and (3) a statement of specific findings in support of a decision to seal and reject alternatives to sealing. *Flexible Benefits Council v. Feldman*, No. 1:08-CV-371, 2008 U.S. Dist. LEXIS 93039 (E.D. Va. Nov. 13, 2008) (citing *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000)). Even when no party challenges a motion to seal, the Court must still ensure the motion is supported by good cause. *Auburn Univ. v. IBM Corp.*, No. 3:0-cv-694-MEF, unpublished, 2010 WL 3927737 (M.D. Ala. Oct. 4, 2010).

The Court FINDS that the Confidential Status Report attached as Exhibit 1 to the Memorandum in Support of the Motion to File under Seal contains sensitive commercial information that is confidential in nature for RLP and Mobile Marine International, Inc.; that public notice has been given; that no objections have been filed; that the public's interest in access is outweighed by the interests in preserving the confidentiality of this commercially-sensitive information; and that there are no less drastic alternatives that appropriately serve these interests.

Accordingly, the Motion to Seal is GRANTED. The Court ORDERS that Exhibit 1 to the Memorandum in Support of the Motion to File under Seal shall be and is hereby sealed and omitted from public filing. These documents shall remain sealed absent further Order of the Court.

This \_\_\_\_ day of _____, 2026.

_____
Rebecca Beach Smith
Senior United States District Judge