UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**RECOVERY LIMITED PARTNERSHIP,**
    **Plaintiff,**

v.   Civil Action No.: 2:87-cv-00363

**UNIDENTIFIED, WRECKED AND ABANDONED**
**SAILING VESSEL, etc.,**
    **Defendant.**

## NOTICE OF MOTION TO FILE UNDER SEAL

TAKE NOTICE THAT Recovery Limited Partnership ("RLP"), by counsel, pursuant to the Letter of this Court dated November 20, 2025 (*See* ECF # 366), moves this Court for leave to file under seal Exhibit 1 to the Memorandum in Support of RLP's Motion to File under Seal. Exhibit 1 is a Confidential Status Report providing updates to the Court concerning non-public operational and scheduling matters related to the 2026 salvage operation.

This serves as public notice that RLP is moving to file the above document under seal. RLP's grounds for seeking leave to file the above document under seal are set forth in its Motion to File under Seal and Memorandum in Support.

Any party or non-party who opposes or objects to the sealing of these documents must file its objection with the Clerk of Court within seven (7) days after filing this Motion to File under Seal. If no objection is filed in a timely manner, the Court may treat the Motion to File under Seal as uncontested.

This 11th day of February, 2026.       */s/ K. Barrett Luxhoj*
    James L. Chapman, IV, Esquire (VS. No. 21983)
    K. Barrett Luxhoj, Esquire (VS. No. 86302)
    *Counsel for Recovery Limited Partnership*
    CRENSHAW, WARE & MARTIN, PLC.
    150 West Main Street, Suite 1923
    Norfolk, Virginia 23510

Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2026, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered filers.

          */s/ K. Barrett Luxhoj*
K. Barrett Luxhoj, Esquire (VS. No. 86302)
*Counsel for Recovery Limited Partnership*
CRENSHAW, WARE & MARTIN, PLC.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
kbluxhoj@cwm-law.com