United States District Court
Eastern District of Virginia
Norfolk, Virginia 23510

Chambers of
Rebecca Beach Smith
Senior United States District Judge

May 7, 2026

James L. Chapman, IV
K. Barrett Luxhoj
Crenshaw, Ware & Martin, PLC
150 West Main Street, Suite 1923
Norfolk, Virginia 23510

> Re:   Recovery Limited Partnership v.
>       Unidentified, Wrecked and Abandoned Sailing Vessel, etc.
>       Civil Case No. 2:87-cv-363

Dear Counsel:

The court has reviewed the Confidential Status Reports filed under seal by Recovery Limited Partnership ("RLP") in accordance with the court's Letter to Counsel dated November 20, 2025. ECF Nos. 370, 374, 380, 385 (Confidential Status Reports); see ECF No. 366 (Letter to Counsel). The court understands that, for reasons beyond the control of RLP or Mobile Marine International, Inc. ("MMI"), the 2026 salvage operation approved by this court on November 20, 2025, cannot proceed. Accordingly, the court rescinds the direction in its Letter to Counsel to submit monthly status reports and to recommend appointment of a substitute custodian. See ECF No. 366.

Although RLP and MMI state that they are committed to proceeding with a salvage operation at the wreck of the S.S. Central America in 2027, the court declines to approve a 2027 salvage operation at this early juncture. Instead, and consistent with the court's Order dated January 11, 2019, ECF No. 276, the court directs RLP to submit a 2027 salvage plan for the court's review and approval on or before August 1, 2026. RLP and MMI may facilitate approval of their proposed 2027 salvage operation by including with the savage plan: (1) declarations and memoranda as directed by the court's Letter to Counsel dated September 23, 2025, ECF No. 358; (2) a summary of material differences between the proposed 2027 salvage operation and the aborted 2026 salvage operation; and (3) a separate motion for appointment of a substitute custodian, complete with a description of the recommended custodian's relevant experience, qualifications,

James L. Chapman, IV
K. Barrett Luxhoj
May 7, 2026
Page 2

security infrastructure, and ability to conserve the historical and archaeological value of items recovered from the S.S. Central America. These materials may be submitted to the court under seal in accordance with Eastern District of Virginia Civil Rule 5(C), if appropriate.

In the interim, the court's Order of December 1, 2016, ECF No. 235, which requires RLP to file semi-annual status reports, remains in effect. The court finds that the Confidential Status Report of April 8, 2026, ECF No. 385, satisfies the requirements of the December 1, 2016, Order. However, the August 1, 2026, deadline for submission of a salvage plan for 2027, as set forth above, remains in place.

Very truly yours,

Rebecca Beach Smith

RBS/aln