**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**RECOVERY LIMITED PARTNERSHIP,**
　　　　　**Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Civil Action No.: 2:87-cv-00363**

**UNIDENTIFIED, WRECKED AND ABANDONED**
**SAILING VESSEL, etc.,**
　　　　　**Defendant.**

## <u>MOTION TO FILE UNDER SEAL</u>

Recovery Limited Partnership ("RLP"), by counsel, at the direction of the Court (ECF # 387), and pursuant to local rules, moves this Court for entry of an Order filing under seal Exhibits 1 – 4 to the accompanying Memorandum in Support.  Exhibit 1 is a confidential Status Report. Exhibit 2 is a Declaration of Craig T. Mullen.  Exhibit 3 is a Declaration of John B. Pidcock. Exhibit 4 is a Declaration of Mitch McCarrel.  The reasons for filing these documents under seal are stated in the accompanying Memorandum in Support.

Accordingly, RLP moves for the entry of a sealing order to file under seal Exhibits 1 – 4 to the accompanying Memorandum in Support of this Motion, with them remaining sealed absent further Order of the Court, then returned to the filing party. A proposed order is attached hereto.

This 1st day of August, 2026.

　　　　　　　　　　　　　　　　　　　　　　_____*/s/ K. Barrett Luxhoj*_____
　　　　　　　　　　　　　　　　　　　　　　James L. Chapman, IV, Esquire (VSB No. 21983)
　　　　　　　　　　　　　　　　　　　　　　K. Barrett Luxhoj, Esquire (VSB No. 86302)
　　　　　　　　　　　　　　　　　　　　　　*Counsel for Recovery Limited Partnership*
　　　　　　　　　　　　　　　　　　　　　　CRENSHAW, WARE & MARTIN, PLC.
　　　　　　　　　　　　　　　　　　　　　　150 West Main Street, Suite 1923
　　　　　　　　　　　　　　　　　　　　　　Norfolk, Virginia 23510
　　　　　　　　　　　　　　　　　　　　　　Telephone: (757) 623-3000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (757) 623-5735
　　　　　　　　　　　　　　　　　　　　　　jchapman@cwm-law.com
　　　　　　　　　　　　　　　　　　　　　　kbluxhoj@cwm-law.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 1st day of August, 2026, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered filers.

<div align="center" style="text-align:right">

*/s/ K. Barrett Luxhoj*

</div>

K. Barrett Luxhoj, Esquire (VSB No. 86302)
*Counsel for Recovery Limited Partnership*
CRENSHAW, WARE & MARTIN, PLC.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
kbluxhoj@cwm-law.com