**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**RECOVERY LIMITED PARTNERSHIP,**
      **Plaintiff,**

**v.**                                        **Civil Action No.: 2:87-cv-00363**

**UNIDENTIFIED, WRECKED AND ABANDONED**
**SAILING VESSEL, etc.,**
      **Defendant.**

### MEMORANDUM IN SUPPORT OF MOTION TO FILE UNDER SEAL

Recovery Limited Partnership (the "Plaintiff" or "RLP"), by counsel, submits this Memorandum in Support of its Motion to Seal Exhibits 1 – 4, which are being filed contemporaneously under seal. Public placeholder sheets are attached to this Memorandum. Exhibit 1 is a confidential Status Report. Exhibit 2 is a Declaration of Craig T. Mullen.  Exhibit 3 is a Declaration of John B. Pidcock. Exhibit 4 is a Declaration of Mitch McCarrel.  Together, these materials comprise RLP's response to the Court's May 7, 2026 Letter directing RLP to submit its proposed 2027 salvage operation and supporting materials for the Court's review under seal.  ECF # 387.

There are three requirements for sealing court filings: (1) public notice with opportunity to object; (2) consideration of less drastic alternatives; and (3) a statement of specific findings in support of a decision to seal and reject alternatives to sealing. *Flexible Benefits Council v. Feldman*, No. 1:08-CV-371, 2008 U.S. Dist. LEXIS 93039 (E.D. Va. Nov. 13, 2008) (citing *Ashcraft v. Conoco, Inc*., 218 F.3d 282, 288 (4th Cir. 2000)). Even when no party challenges a motion to seal, the Court must still ensure the motion is supported by good cause. *Auburn Univ. v. IBM Corp*., No. 3:0-cv-694-MEF, unpublished, 2010 WL 3927737 (M.D. Ala. Oct. 4, 2010).

The Status Report and accompanying Declarations provide the information requested by the Court concerning the proposed 2027 salvage operation, including the operational plan, the proposed salvage methodology, archaeological preservation measures, commercial arrangements, and other supporting information relevant to the Court's consideration of whether to authorize the expedition. These materials are submitted pursuant to the Court's May 7, 2026 Letter, which contemplated that the proposed salvage plan and supporting materials would be filed under seal. ECF # 387.

The information contained in Exhibits 1 – 4, and their attachments, contain sensitive commercial information that is confidential in nature for RLP and Mobile Marine International, Inc. Specifically, they disclose proprietary information about the wreck site, and the specific plans for further exploring it, including required technical talent and equipment. The agreement and plan furnished by Mobile Marine International is designated confidential to protect Mobile Marine International's trade secrets and competitive advantages. Additionally, the conditions at the wreck site and plans for future salvage are highly proprietary information known only to RLP and its salvors, who are subject to non-disclosure agreements. While any intrusion by third parties at the wreck site would violate the injunction granted by this Court, keeping such information under seal is essential to keeping the information out of the hands of third parties and minimizing the risk of a violation.

RLP is contemporaneously filing with this Motion a Notice of Filing under seal which is the required public notice providing opportunity for objection. RLP submits that, given the commercial interests at stake, there is no "less drastic alternative" to the sealed filing that the Court has ordered.

Accordingly, RLP moves that this Court enter the proposed order attached to the Motion sealing Exhibits 1 – 4 to remain sealed in accordance with the terms of the proposed order.

This 1st day of August, 2026.

*/s/ K. Barrett Luxhoj*
James L. Chapman, IV, Esquire (VSB No. 21983)
K. Barrett Luxhoj, Esquire (VSB No. 86302)
CRENSHAW, WARE & MARTIN, PLC.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com
*Counsel for Recovery Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August, 2026, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered filers.

*/s/ K. Barrett Luxhoj*
K. Barrett Luxhoj, Esquire (VSB No. 86302)
CRENSHAW, WARE & MARTIN, PLC.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
kbluxhoj@cwm-law.com
*Counsel for Recovery Limited Partnership*
