# Civil Action No.: 2:87-cv-00363

# EXHIBIT 3
# (FILED UNDER SEAL)

**HIGHLY SENSITIVE DOCUMENTS – FILED UNDER SEAL**