**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**RECOVERY LIMITED PARTNERSHIP,**
        **Plaintiff,**

**v.**                                                                    **Civil Action No.: 2:87-cv-00363**

**UNIDENTIFIED, WRECKED AND ABANDONED**
**SAILING VESSEL, etc.,**
        **Defendant.**

## NOTICE OF MOTION TO FILE UNDER SEAL

TAKE NOTICE THAT Recovery Limited Partnership ("RLP"), by counsel, pursuant to the Letter of this Court dated May 7, 2026 (*see* ECF No. 387), moves this Court for leave to file under seal Exhibits 1 – 4 to the Memorandum in Support of RLP's Motion to File under Seal. Exhibit 1 is a confidential Status Report. Exhibit 2 is a Declaration of Craig T. Mullen.  Exhibit 3 is a Declaration of John B. Pidcock. Exhibit 4 is a Declaration of Mitch McCarrel.

This serves as public notice that RLP is moving to file the above documents under seal. RLP's grounds for seeking leave to file the above documents under seal are set forth in its Motion to File under Seal and Memorandum in Support.

Any party or non-party who opposes or objects to the sealing of these documents must file its objection with the Clerk of Court within seven (7) days after filing this Motion to File under Seal.  If no objection is filed in a timely manner, the Court may treat the Motion to File under Seal as uncontested.

This 1st day of August, 2026.            _____/s/ K. Barrett Luxhoj_____
                                        James L. Chapman, IV, Esquire (VSB No. 21983)
                                        K. Barrett Luxhoj, Esquire (VSB No. 86302)
                                        *Counsel for Recovery Limited Partnership*
                                        CRENSHAW, WARE & MARTIN, PLC.
                                        150 West Main Street, Suite 1923
                                        Norfolk, Virginia 23510

Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of August, 2026, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered filers.

_/s/ K. Barrett Luxhoj_
K. Barrett Luxhoj, Esquire (VSB No. 86302)
_Counsel for Recovery Limited Partnership_
CRENSHAW, WARE & MARTIN, PLC.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
kbluxhoj@cwm-law.com

2