United States District Court
Eastern District of Virginia
Norfolk, Virginia 23510

Chambers of
Rebecca Beach Smith
Senior United States District Judge

September 14, 2026

James L. Chapman, IV
Crenshaw, Ware & Martin, PLC
150 West Main Street, Suite 1923
Norfolk, Virginia 23510

Re: Recovery Limited Partnership v.
Unidentified, Wrecked and Abandoned Sailing Vessel, etc.
Civil Case No. 2:87-cv-363

Dear Mr. Chapman:

The court has reviewed the "Confidential Status Report to Court" ("Status Report"), ECF No. 391-1, alongside the Declarations of Craig T. Mullen, John B. Pidcock, and Mitch McCarrel, ECF Nos. 391-2, 391-3, 391-4, filed under seal pursuant to the court's Order of September 4, 2026, ECF No. 392.

Per the court's request, the Status Report and associated filings detail the reasonable efforts the salvors will undertake during the 2027 salvage operation to preserve the historical and archaeological value of the S.S. Central America wreck and wreck site. The court is satisfied at this juncture with the information provided in the declarations and Sealed Memorandum, and the court needs no additional information to fully consider plans for the 2027 salvage operation.

Accordingly, having reviewed the salvage plan as described in ECF Nos. 391-2, 391-3, and attachments thereto, the court **APPROVES** Recovery Limited Partnership's ("RLP") proposed 2027 salvage operation. RLP is **DIRECTED** to file a status report regarding salvage operations on or before January 1, 2027, with periodic reports regarding the same following every thirty (30) days thereafter, until such time when RLP moves for a salvage award. RLP is also **DIRECTED** to inform this court of an anticipated Mobilization Date or Window no later than sixty (60) days prior to said Mobilization.

Pursuant to this court's prior direction as to appointment of a substitute custodian, the court **TAKES UNDER ADVISEMENT** RLP's ongoing evaluation of candidate custodians. Consistent with RLP's proposal, the court **ORDERS** that RLP shall recommend appointment of a substitute custodian no later than sixty (60) days prior to the Mobilization Date. Thereafter, the court will issue an order setting forth how RLP will transfer items recovered during the 2027 salvage operation to the court's custody.

Very truly yours,

Rebecca Beach Smith

Rebecca Beach Smith

RBS/erb